1032

No. 12–6307. LOBATO ROMERO v. WILLIAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6309. WILLIAMS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6310. SHOEMAKER v. LEBLANC, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 12–6313. BALLARD v. LONG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6315. OCAMPO ALBARRAN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 12–6324. SMALL v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6326. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 12–6329. RICHARDSON v. RAY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6345. MCNAC v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6347. JACKSON v. BARROW, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–6351. RICHARDSON v. MOUNT VERNON RECREATION CENTER ET AL. Sup. Ct. Va. Certiorari denied.

No. 12–6356. MAZZA v. PUBLIC UTILITY COMMISSION. Commw. Ct. Pa. Certiorari denied.

No. 12–6359. CLEMONS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 12–6365. HOLLAND v. MONROE COUNTY CHILDREN AND YOUTH SERVICES ET AL. Sup. Ct. Pa. Certiorari denied.